UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NOEMY SANCHEZ, YENIFER MARTINEZ
AND MARIA SANCHEZ ON BEHALF OF
THEMSELVES AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                    Plaintiffs,                    JUDGMENT

v.                                                  21-CV-02309-PKC-JMW

AIRCRAFT FINISHING CORP., JERRY B. YOUNG,
and ROBERT BIRNBAUM,

                    Defendants.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 13, 2022; and Defendants AIRCRAFT FINISHING CORP., JERRY B. YOUNG, and ROBERT BIRNBAUM, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs NOEMY SANCHEZ, YENIFER MARTINEZ AND MARIA SANCHEZ in full satisfaction of the First, Second, Third and Fourth Claims of the Complaint; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs NOEMY SANCHEZ, YENIFER MARTINEZ AND MARIA SANCHEZ and against defendants, AIRCRAFT FINISHING CORP., JERRY B. YOUNG, and ROBERT BIRNBAUM in full satisfaction of the First, Second, Third and Fourth Claims of the Complaint in the following amounts:

      1. Plaintiff NOEMY SANCHEZ shall have judgment against AIRCRAFT FINISHING CORP., JERRY B. YOUNG, and ROBERT BIRNBAUM, (collectively "Defendants"), jointly and severally, in the amount of $14,965.00 which is inclusive of attorneys' fees and costs.

2. Plaintiff YENIFER MARTINEZ shall have judgment against AIRCRAFT FINISHING CORP., JERRY B. YOUNG, and ROBERT BIRNBAUM, (collectively "Defendants"), jointly and severally, in the amount of $19,394.00 which is inclusive of attorneys' fees and costs.

3. Plaintiff MARIA SANCHEZ shall have judgment against AIRCRAFT FINISHING CORP., JERRY B. YOUNG, and ROBERT BIRNBAUM, (collectively "Defendants"), jointly and severally, in the amount of $19,351.00 which is inclusive of attorneys' fees and costs.

This amended offer of judgment is intended to resolve the First, Second, Third and Fourth Claims of the Complaint only, plus costs and attorney's fees, the payment of which shall be made in three installments to each of the Plaintiffs: one-third on the entry of the judgment; one-third sixth months after the entry of the judgment; and one-third on the first anniversary of the entry of the judgment.

Dated: Brooklyn, New York
      January 17, 2023

Brenna B. Mahoney
Clerk of Court

By:  */s/Jalitza Poveda*
     Deputy Clerk